CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 0 6 2009

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERESA LEWIS, | ) |
| Petitioner, | ) Civil Action No. 7:07CV00538 |
| v. | ) **FINAL ORDER** |
| BARBARA WHEELER, WARDEN, | ) By: Hon. Glen E. Conrad |
| FLUVANNA CORRECTIONAL | ) United States District Judge |
| CENTER FOR WOMEN, | ) |
| Respondent. | ) |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The respondent's motion to dismiss shall be and hereby is **GRANTED**;

2. The petitioner's request for an evidentiary hearing shall be and hereby is **DENIED**; and

3. The petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 6th day of March, 2009.

/s/ Glen E. Conrad
United States District Judge