CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 0 7 2009

BY: JOHN F. CORCORAN, CLERK
       /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERESA LEWIS, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 7:07CV00538 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BARBARA WHEELER, WARDEN, ) | By: Hon. Glen E. Conrad |
| FLUVANNA CORRECTIONAL ) | United States District Judge |
| CENTER FOR WOMEN, ) | |
| ) | |
| Respondent. ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the petitioner's motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 7th day of April, 2009.

/s/ Glen E. Conrad
United States District Judge